In the Matter of the Arbitration between ATLANTIC RAYON CORPORATION et al., Respondents, and HAROLD GOLDSMITH, Doing Business under the Name of HARGOLD TEXTILES, Appellant.

Submitted April 9, 1951; decided May 24, 1951.

*Ruben Schwartz* and *Frederick E. M. Ballon* for motion.
*Laszlo Kormendi* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.